GREGORY D. HULL (Bar No. 57367)
SARAH E. BARROWS (Bar No. 253278)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

HOWARD COMET
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
SOTHEBY'S, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HALSEY MINOR, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SOTHEBY'S, INC., <br><br> Defendant. | Case No. C-08-4568 <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> Ctrm: C, 15th Floor <br><br> Honorable Magistrate Judge Edward M. Chen |

Pursuant to Local Rule 6-1(a), Defendant Sotheby's, Inc. ("Sotheby's") and Plaintiff Halsey Minor ("Minor"), through their respective counsel of record, hereby stipulate that Sotheby's shall have up to and including November 10, 2008 to answer or otherwise respond to Minor's Complaint in this action.

SO STIPULATED,


Dated: October 22, 2008                    WEIL, GOTSHAL & MANGES LLP


                                           By: _____/s/ Gregory D. Hull_____
                                               Gregory D. Hull
                                               Sarah E. Barrows
                                               Attorneys for Defendant
                                               SOTHEBY'S, INC.



Dated: October 22, 2008                    DREIER STEIN KAHAN BROWNE WOODS
                                           GEORGE LLP


                                           By: _____/s/ Eric M. George_____
                                               Eric M. George
                                               Gene F. Williams
                                               Attorneys for Plaintiff
                                               HALSEY MINOR, individually and
                                               on behalf of all others similarly
                                               situated

# [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that Sotheby's shall have up to and including November 10, 2008 to answer or otherwise respond to the Complaint filed by Plaintiff Halsey Minor, individually and on behalf of all others similarly situated.

Dated: ____ October 23, 2008 _____          _____

The Honorable Edward M. Chen
United States District Magistrate Judge

IT IS SO ORDERED

Judge Edward M. Chen