FILED
DEC -3 PM 12: 1...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALSEY MINOR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOTHEBY'S, INC.,<br><br>Defendant. | No. C 08 4568<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF DAVID J. LENDER |

David J. Lender, whose business address and telephone number is Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (212) 310-8000 and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sotheby's, Inc.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 8, 2008

_____
Judge Maxine M. Chesney

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Case No. C 08 4568